IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:12-CR-00037-FA-8
NO. 7:16-CV-00076-FA

UNITED STATES OF AMERICA

vs.

**ORDER LIFTING STAY AND SCHEDULING RESPONSES**

JUAN CARLOS MARTINEZ,
Defendant.

FOR GOOD CAUSE SHOWN and with the concurrence of the Government and the Defendant/petitioner, the Order entering a Stay of the hearing on the defendant/petitioner's Motion to Vacate filed pursuant to 28 U.S. C. §2255 [DE 827] is hereby vacated and the Stay of further hearing on the defendant/petitioner's Motion to Vacate is hereby dissolved; the Government is to file all responsive pleadings to the Motion to Vacate within forty-five days of entry of this Order; the defendant/petitioner is to file any responses to the Government's pleadings within thirty days of the Government filings.

IT IS SO ORDERED AND DIRECTED.

Executed in the Chambers, this the 2nd day of June, 2021

*David A. Faber*
_____
THE HONORABLE DAVID A. FABER
SENIOR UNITED STATES DISTRICT COURT JUDGE